IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| ANTHONY LEE VINES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | No. 2:12-cv-00024 |
|  | ) |  |
| KENNAMETAL, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of the claims asserted in this matter *with prejudice*. Each party shall bear its own costs.

**AGREED AND CONSENTED TO** this 5th day of July, 2013.

**APPROVED FOR FILING:**

s/Charlton R. DeVault, Jr., by permission K. Scarbrough
*Attorney for Plaintiff*
Charlton R. DeVault, Jr.
102 Broad Street
Kingsport, TN 37660


s/Katherine Scarbrough
*Attorneys for Defendant*
Teresa Rider Bult
Katherine Scarbrough
Constangy, Brooks & Smith, LLP
401 Commerce Street, Suite 1010
Nashville, TN 37219

Date: July 5, 2013                                    Respectfully submitted,


                                                       *s/Katherine Scarbrough*
                                                       Teresa Rider Bult, Tenn BPR #18431
                                                       Katherine Scarbrough, Tenn BPR #24738

Attorneys for Defendant
**CONSTANGY, BROOKS & SMITH, LLP**
401 Commerce Street, Suite 1010
Nashville, TN 37219
615/ 320-5200
615/ 321-5891 (facsimile)


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served via the Court's CM/ECF system to the following counsel of record for Plaintiff, this 5th day of July, 2013:

>   Charlton R. DeVault, Jr.
>   102 Broad Street
>   Kingsport, TN  37660


                                                       s/Katherine Scarbrough